**Denied and Opinion Filed April 23, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00263-CV

## IN RE JOSEPH DINGLER, Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-20-05083**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

Relator's April 21, 2021 petition for writ of mandamus complains about various eviction-related matters. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relator's petition does not meet the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3, 52.7. Moreover, because relator has not submitted an adequate record, we are unable to conduct a meaningful review of his claims. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Accordingly, we deny the

petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny relator's request for emergency relief as moot.

210263f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE